IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

LARRY MCGUIRE, )
)
    Plaintiff, )
)
                                                 ) No. 1:12-cv-00082
v.    ) Judge Haynes
)
ENOCH GEORGE, individually and in his )
official capacity as sheriff of Maury County, et al., )
)
    Defendants. )

**ORDER**

Before the Court is Defendants Enoch George and Lt. Debra Wagonschutz's motion for summary judgment (Docket Entry No. 126).

For the reasons stated in the Court's Order granting in part Defendants' motion for summary judgment in the related action of Brandon Frazier v. Enoch George, et al., 1:12-cv-00128, the Court concludes that Defendants' motion for summary judgment (Docket Entry No. 126) is **GRANTED** as to Plaintiff's claims for unsanitary housing,[1] inadequate law library,[2] and inadequate hygiene.[3] These claims are **DISMISSED**. Defendants' motion is also granted with respect to Plaintiff's claims for injunctive relief. These claims are **DISMISSED as moot**. Defendants' motion for summary judgment is **DENIED** in all other respects, as genuine issues of material fact with respect to Defendants' knowledge of, and participation in, the alleged violations of Plaintiff's rights remain in

---

[1] See Docket Entry No. 127-1, Deposition of Larry McGuire at 13-14.

[2] Id. at 15-16.

[3] Id. at 17-18.

dispute.[4]

It is so **ORDERED**.

**ENTERED** this the 6th day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Court

---

[4]The Court notes that, unlike Plaintiff Frazier, Plaintiff McGuire makes no allegation of inadequate medical care in his Fourth Amended Complaint (Docket Entry No. 118). Thus, Court's analysis of this claim with respect to Plaintiff Frazier in its Order granting in part Defendants' motion for summary judgment in the related action of Brandon Frazier v. Enoch George, et al., 1:12-cv-00128, is inapplicable to this action.